FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 04, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLES BECHARD, an individual,<br><br>            Plaintiff,<br><br>  v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>           Defendants. | NO. 2:25-CV-0241-TOR<br><br>ORDER ON STIPULATED MOTION TO DISMISS |

      BEFORE THE COURT are the parties' Stipulated Motion to Dismiss. ECF No. 14. The parties agree that Plaintiffs' claims shall be dismissed with prejudice and each party shall bear their own costs and attorneys' fees. ECF No. 14. The Court has reviewed the record and files herein and is fully informed.

      Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss a case if the parties file and sign a stipulation to dismiss.

ORDER ON STIPULATED MOTION TO DISMISS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion to Dismiss (ECF No. 14) is **GRANTED.**

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is **DISMISSED** with prejudice and without costs, and each party bearing their own attorneys' fees and costs.

3. The deadlines, hearings and trial date are **VACATED.**

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 4, 2025.



THOMAS O. RICE
United States District Judge

ORDER ON STIPULATED MOTION TO DISMISS ~ 2